IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES ABRAHAM SMITH, JR.                                            PLAINTIFF

v.                            CASE NO. 2:22-CV-2162

RITA WATKINS                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 8) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to state any recognizable claims against defendant under 42 U.S.C. § 1983 and failure to exhaust his state court remedies under 28 U.S.C. § 2254(b)(1)(A).  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this November 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE